UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| WILLIAM RUNYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIA CREDIT UNION,<br><br>Defendant. | Case No: 1:25-cv-105 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff William Runyan, individually and on behalf of all others similarly situated ("Plaintiff") hereby voluntarily dismisses VIA Credit Union ("Defendant") without prejudice.

Date: April 1, 2025,                    Respectfully submitted,

/s/Ronald E. Weldy
Ronald E. Weldy
Weldy Law
11268 Governors Lane
Fishers, IN 46037
(317) 842-6600
rweldy@weldylegal.com

Leigh S. Montgomery
Texas Bar No. 24052214
lmontgomery@eksm.com
EKSM, LLP
4200 Montrose Blvd, Suite 200

1

Houston, Texas 77006
Phone: (888) 350-3931

**ATTORNEYS FOR WILLIAM RUNYAN THE PUTATIVE CLASS**

## CERTIFICATE OF SERVICE

I certify that on April 1, 2025 a true and correct copy of the foregoing document was served via CM/ECF.

*/s/Ronald E. Weldy*
Ronald E. Weldy
